CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez**, | Case No.: 2:20-cv-05459-JWH-ADS |
| Plaintiff, | |
| v. | **Notice of Indication of Mootness** |
| **Ralphs Grocery Company**, an Ohio Corporation; and Does 1-10, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, HEREIN:**

On July 7, 2020, the court declined to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim. (Dkt. 12). This limited Plaintiff's remedies to solely injunctive relief. *Wander v. Kaus*, 304 F.3d 856, 858 (9th Cir. 2002); 42 U.S.C. §12188(a)(1). However, Defendants have presented evidence that the alleged barriers have been removed at the subject property. Plaintiff must face a "real and immediate threat of repeated injury" to establish standing for injunctive relief. *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 946 (9th Cir. 2011). Thus, the removal of the alleged barriers renders Plaintiff's claim for injunctive relief moot.

| | | |
|---|---|---|
| 1 | Dated: December 21, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: */s/ Isabel Rose Masanque* |
| 4 | | Isabel Rose Masanque |
| 5 | | Attorney for Plaintiff |